# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# CHATTANOOGA DIVISION

| | |
|---|---|
| FRANKLIN DAVIS, | ) |
| Plaintiff, | ) |
| v. | ) Case No. 1:12-cv-0215 |
| ALLIED BARTON SECURITY SERVICES, LLC | ) |
| Defendant. | ) |

## STIPULATION OF DISMISSAL

Plaintiff and Defendant, acting through their respective counsel of record, hereby stipulate that Plaintiff's action against Defendant in this case is hereby dismissed, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), with each party to bear its own costs and fees.

Respectfully submitted,

**GILBERT RUSSELL McWHERTER PLC**

/s Jonathan L. Bobbitt
Justin S. Gilbert (TN Bar No. 017079)
Jonathan L. Bobbitt (TN Bar No. 23515)
101 North Highland Ave
Jackson, TN 38301
Telephone: 731-664-1340
Facsimile: 731-664-1540
jgilbert@gilbertfirm.com
jbobbitt@gilbertfirm.com

ATTORNEYS FOR PLAINTIFF

MILLER & MARTIN, PLLC

/s/ Jade D. Dodds_____
Jade D. Dodds (TN Bar No. 28004)
Suite 1000, Volunteer Building
832 Georgia Avenue
Chattanooga, TN 37402-2289
Telephone: 423-756-6600
Facsimile: 423-756-8480
jdodds@millermartin.com

ATTORNEY FOR DEFENDANT

## CERTIFICATE OF SERVICE

     I, the undersigned, do hereby certify that a true and exact copy of the foregoing has been mailed electronically via the Court electronic filing system, to the following on this the 5th day of October, 2012.

                                            /s Jonathan L. Bobbitt_____